## WOTTON et al. v. UNITED STATES.

(Circuit Court, S. D. New York. February 9, 1898.)

CUSTOMS DUTIES—CLASSIFICATION—HAT TRIMMINGS—GALOONS.

Cotton hat trimmings, of the variety called "galoons," were dutiable as galoons, under paragraph 263 of the act of 1894, and not as "trimmings of which cotton is the component material of chief value, not specifically provided for," under paragraph 276.

This was an appeal by Wotton & Rumler from a decision of the board of general appraisers as to the classification of certain merchandise imported by them.

Comstock & Brown, for appellants.
James T. Van Rensselaer, for the United States.

TOWNSEND, District Judge (orally). The articles in question are cotton hat trimmings, as found by the board of general appraisers. But they are also a specific variety of hat trimmings, namely, galoons, and therefore dutiable as such, under the provisions of paragraph 263 of the act of 1894, and not under the provisions of paragraph 276, as "trimmings of which cotton is the component material of chief value, not specifically provided for," as found by the board of general appraisers. The decision of said board is therefore reversed.